**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

NICHOLAS ANTHONY T.,

                Plaintiff,                      22 **CIVIL** 10597 (GRJ)

     -against-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision & Order dated September 25, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 11) is GRANTED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 16) is DENIED; and this case is REMANDED for further proceedings consistent with this court's Decision and Order.

**Dated:**  New York, New York
           September 26, 2023

                                                  **RUBY J. KRAJICK**

                                                   **Clerk of Court**

               **BY:**

                                                 **Deputy Clerk**